UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT STRONG,<br><br>  Plaintiff,<br><br>v.<br><br>DENFRAN SYSTEMS, INC. dba<br>DENNY'S RESTAURANT #7225;<br>K&M FOODS, INC.,<br><br>  Defendants. | Case No. 08-CV-1939 JM (RBB)<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**Doc No. 3** |

  Pursuant to the joint motion for extension of time to respond to complaint between the parties in the above-captioned action, and good cause appearing therefor, it is hereby ordered that defendant shall have **until December 1, 2008** to respond to plaintiff's complaint.

DATED: November 12, 2008

_____
JUDGE OF THE U.S. DISTRICT COURT