# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT STRONG,<br><br>　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>DENFRAN SYSTEMS, INC. dba DENNY'S RESTAURANT #7225; K & M FOODS, INC.,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 08 CV 1939 JM (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION**<br><br>Doc. No. 12 |

　　　The parties having stipulated to the dismissal of this action pursuant to Fed. R. Civ. P. 41 and it appearing no issues remain for the court's determination, the court hereby **GRANTS** the parties' joint motion for dismissal of the action. (Doc. No. 12.) This action and all claims asserted therein are therefore **DISMISSED** with prejudice. The Clerk of Court is instructed to close the case file.

　　　**IT IS SO ORDERED.**

DATED: February 5, 2009

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　United States District Judge